IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
| | ) **ORDER** |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No.: 1:23-cr-213 |
| Liliana Katherine Jablonski, | ) |
| | ) |
| Defendant. | ) |

Defendant is presently in the custody of the United State Marshals Service. She is being housed at the Burleigh Morton Detention Center.

The court held a detention hearing on November 30, 2023. As discussed at the close of the hearing, the court shall temporarily release Defendant so that she can attend a scheduled physical examination and undergo an evaluation on November 30, 2023, in anticipation of her placement at the Prairie Recovery Center.

Accordingly, Defendant shall be temporarily released no earlier than 2:30 PM on November 30, 2023, to a parent or other person approved by the Pretrial Services Office for transport to her physical examination and evaluation. While on temporary release, Defendant shall comply with the following condition

(1) Defendant must not violate federal, state, tribal, or local law while on temporary release.

(2) Defendant shall refrain from any use of alcohol any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802. Defendant may be subject to testing at the discretion of the Pretrial Services Officer upon returning to

Marshals Service custody.

Upon completion of her physical examination and evaluation, Defendant shall immediately return to the Burleigh Morton Detention Center with the understanding that she shall return to Marshals Service custody pending further order.

**IT IS SO ORDERED.**

Dated this 30th day of November, 2023.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court