**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER GRANTING MOTION** |
| | ) | **FOR RELEASE** |
| vs. | ) | |
| | ) | |
| Liliana Katherine Jablonski, | ) | Case No. 1:23-cr-213 |
| | ) | |
| Defendant. | ) | |

On November 30, 2023, the court issued an order detaining Defendant pending further order. (Doc. No. 176). On motion by Defendant, the court issued an order on December 18, 2024, that conditionally released her to the Prairie Recovery Center ("Prairie Recovery") for treatment. (Doc. No. 284). Among the conditions contained in the order was the requirement that she surrender to the custody of United States Marshals Service if for any reason she was terminated from Prairie Recovery. (Id.).

On February 6, 2024, Defendant was terminated from Prairie Recovery and surrendered to the custody of the United States Marshals Service. (Doc. No. 341). She is presently being housed at the Mercer County Correctional Center in Stanton, North Dakota.

On March 12, 2024, Defendant filed a motion in which she requests to be released to Hope Manor in Bismarck, North Dakota. (Doc. No. 359). She advises that Hope Manor can hold a bed for her until March 21, 2024, and that one of her parents, Jennifer or Tim Jablonski, can transport her.

On March 13, 2024, the United States filed a response to Defendant's motion. (Doc. No. 360). Noting that Defendant has now endured a period of forced sobriety and acknowledging that

Hope Manor can provide her with sufficient structure, it does not oppose her request.

There being no objection from the United States, the court **GRANTS** Defendant's motion. (Doc. No. 359).  Defendant shall be released to her mother or father, Jennifer or Tim Jablonski, no earlier than 12:00 PM on March 14, 2024, for transport to Hope Manor.  Defendant's release is subject to the following conditions:

(1)     Defendant shall not violate federal, state, tribal, or local law while on release.

(2)     Defendant shall appear in court as required and surrender for any sentence imposed.

(3)     Except upon prior approval from the Pretrial Services Officer, Defendant's travel is restricted to North Dakota.

(3)     Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, any use of medical marijuana, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test.

(4)     Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(5)     Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(6)     Defendant shall not knowingly or intentionally have any direct or indirect contact with witnesses or co-defendants, except that counsel for Defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is

necessary in the furtherance of Defendant's legal defense.

(7)     Defendant shall reside at Hope Manor, fully participate in its programming, and comply with all of its rules and regulations.

(8)     Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer.  Failure to submit to a search may be grounds for revocation of her release. Defendant shall notify any other residents that the premises may be subject to search pursuant to this condition.

(9)     Defendant shall not obtain a passport and other foreign travel document(s).

(10)    Defendant must report as soon as possible, to the Pretrial Service Office or her supervising Pretrial Service Officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(11)    Upon arriving at Hope Manor, Defendant shall contact Pretrial Services Officer Stephanie Cherney at (701) 530-2396.

If Defendant's parents are unable to transport Defendant to Hope Manor as anticipated on March 14, 2024, Defendant shall remain in custody pending further order.

**IT IS SO ORDERED.**

Dated this 13th day of March, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court